UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rebecca Foster

        Plaintiff(s),

v.

The University of Michigan, et al

        Defendant(s).
        _____/

Case No. 2:17-cv-10781

Judge Gershwin A. Drain

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF APPEAL

Notice is hereby given that **Plaintiff Rebecca Foster** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☑ Order

☐ Other: _____

entered in this action on **February 21, 2019**.

Date: March 22, 2019

Trial Counsel is: not retained for representation on appeal and files this notice solely for purpose of preserving Plaintiff's appeal rights.

/s/ David M. Blanchard on behalf of Rebecca Foster, Pro Se Appellant

David M. Blanchard
P67190
Blanchard & Walker, PLLC
221 North Main Street
Suite 300
Ann Arbor, MI 48104
(734) 929-4313
blanchard@bwlawonline.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.